IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| HERITAGE BUILDING GROUP, INC., <br> COUNTRY GREENE ESTATES, L.P., <br> CHARLES C. STURGES, <br> RICHARD C. SMITH, <br> LAWRENCE A. WARGO and <br> RICHARD R. CARROLL, JR., <br><br> Plaintiffs, <br><br> v. <br><br> PLUMSTEAD TOWNSHIP, PLUMSTEAD <br> TOWNSHIP BOARD OF SUPERVISORS, <br> JAMES L. YOST, GEORGE L. CAPELL and <br> WILLIAM R. SCHUTT, individually and in their <br> respective official capacities as Members of the <br> Plumstead Township Board of Supervisors, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br><br><br><br><br><br><br> No. 95-4424 |

**ORDER**

      **AND NOW**, this 26th day of August, 2011, upon consideration of Petitioners, Plumstead Township, Plumstead Township Board of Supervisors, James L. Yost, George L. Capell, and William R. Schutt's Petition to Enforce Stipulation of Settlement and Consent Order (Doc. No. 82) against Respondents, Heritage Building Group Inc., Country Greene Estates, L.P., Charles C. Sturges, Richard C. Smith, Lawrence A. Wargo, and Richard R. Carroll, Jr., the responses and replies thereto, and oral argument held on June 27, 2011, it is hereby **ORDERED** that the

Petition is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE